**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

United States of America,      )
                                            )
                 Plaintiff,           )        **ORDER**
                                            )
              vs.                   )
                                            )
Crystal Rose Deegan,        )       Case No. 4:15-cr-093
                                            )
             Defendant.       )

On July 1, 2016, defendant was conditionally released to Centre, Inc. pending trial. On December 21, 2016, she filed a "Motion to Approve Out of State Travel." She requests the court's permission to travel from North Dakota to Denver, Colorado, for a family Christmas. The Government objects to her request on the grounds that she has neither provided the court with her proposed itinerary nor otherwise contacted the Pretrial Services Office to discuss her travel plans.

On December 22, 2016, the court had a status conference with counsel. Thereafter, defendant provided the Pretrial Services Office with her itinerary. Satisfied with defendant's itinerary, the court **GRANTS** defendant's motion (Docket No. 185).

The court authorizes defendant to travel from North Dakota to Denver, Colorado, with her sister on December 23, 2016. While in Denver, defendant shall reside with her aunt at the address she has provided to the Pretrial Services Office. Defendant shall also provide the Pretrial Services Office a number at which she can be contacted and report to the Pretrial Services Office as it directs. Defendant remains subject to the other conditions of release imposed by the court. Defendant shall return to Centre, Inc. in Mandan, North Dakota, by December 28, 2016.

**IT IS SO ORDERED.**

Dated this 23rd day of December, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court